UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDMON VARDANYAN,

      Plaintiff,

File no: 1:23-cv-831

v.

HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

      Defendant.

_____/

**ORDER APPROVING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 17, 2024 (ECF No. 31). The Report and Recommendation was mailed to Plaintiff at the Calhoun County Correctional Facility on June 17, 2024. The copy was returned to the Court marked "Return to Sender." A review of the Bureau of Prison's website indicates Plaintiff was released on November 21, 2023. Because Plaintiff has failed to advise the Court of his current address, the Court is unable to provide him with a copy of the Report and Recommendation. No objections have been filed by the Defendant.

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 31) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 20) is granted in part and dismissed without prejudice in part.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated: July 8, 2024                        /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE